# EXHIBIT 1

Jason Stone <jason@millmentor.com>                                      6/14/2019 6)50 PM

## Re: Millionaire Mentor, Inc. Infringement of Photographic Copyright

To david@daviddeal.com

On the Instagram page, we post approx 10 pics per day from photos that we find on Instagram. We have never had a problem with copywriting infringement before in the 5 years, and 5000 posts later

this photo did not contribute to our brand, and we have not profited in any way from it.

Also, do you have a copyright certificate for the photo, please provide it to me.

Recently, the Supreme Court ruled that a party to suing for copyright infringement must have a copyright registration.

Thanks

To your success!



**Jason Stone**
Millionaire Mentor Inc.
Jason@millmentor.com  |  www.Millmentor.com



Mr. Stone,

I have attached a letter detailing Millionaire Mentor's infringement of my client, Matthew Stallone's copyrighted photograph. Please review the information and contact my office so we may communicate about a potential resolution to this matter.